# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HECTOR L. PIMENTEL-CABAN,** | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | NO. 19-4237 |
| **ROBERT MARSH, et al.,** | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this __19th__ day of May, 2020, upon consideration of the Petition for Writ of Habeas Corpus (Doc. 1), Respondents' Reply thereto (Doc. 7), and the Report and Recommendation of United States Magistrate Thomas J. Rueter (Doc. 8), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**;

3. There is no basis for the issuance of a certificate of appealability;

4. The Clerk of Court shall mark this case as **CLOSED** for statistical purposes; and

5. Petitioner's Motion for Extension of Time (Doc. 13) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J**